CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Charlottesville
OCT 12 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Tory Wellman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICHAEL D. GRAZIANO, <br><br> *Plaintiff,* <br><br> v. <br><br> JO ANNE B. BARNHART, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant.* | CIVIL ACTION NO. 3:04-CV-00073 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

This case comes before this Court on the Commissioner of Social Security's objections to the July 11, 2005 Report and Recommendation of the presiding United States Magistrate Judge. The Magistrate Judge recommended that the court remand the final decision of the Commissioner for further proceedings. Having thoroughly considered the Report and Recommendation, the Commissioner's objections, the applicable law, and the documented record, and for the reasons stated in the accompanying Memorandum Opinion, it is accordingly this day

ADJUDGED, ORDERED AND DECREED

as follows:

1. The Commissioner's objections to the Report and Recommendation shall be, and they hereby are, OVERRULED;

2. The decision recommended in the Magistrate Judge's July 11, 2005 Report and Recommendation shall be, and it hereby is, ADOPTED AS MODIFIED;

3. The decision shall be, and it hereby is, REMANDED to the Commissioner for further proceedings.

ENTERED: _____
United States District Judge

10-12-05
Date